IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:07CR344 |
| | ) | |
| **RAYBEL GRANILLO,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |

    The defendant's Motion (Filing No. 16) is granted as to that portion of the motion which requests leave to file the motion out of time. The motion is deemed to be timely filed. The government is directed to respond to the Motion to Sever (Filing No. 16) on or before December 4, 2007.

    DATED this 26th day of November, 2007.

                                                   BY THE COURT:

                                                   s/ Thomas D. Thalken
                                                   United States Magistrate Judge